UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16CV3 DDN |
| ) | |
| JUDGE RENO, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, seeks leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Having reviewed plaintiff's financial information, the Court assesses a partial initial filing fee of $16.00, which is twenty percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

The complaint is defective because it is not signed as required by Rule 11 of the Federal Rules of Civil Procedure. As a result, the Court will direct the Clerk to return the complaint to plaintiff so that he can sign it.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff must pay an initial filing fee of $16.00 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that the Clerk is directed to return the complaint to plaintiff.

**IT IS FURTHER ORDERED** that plaintiff must sign the complaint and return it to the Court within twenty-one (21) days from the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff does not comply with this Order, the Court will dismiss this action without further proceedings.

        /s/ David D. Noce     
**UNITED STATES MAGISTRATE JUDGE**

Signed on January 7, 2016.